IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.                                Civ. No. 12-563 SMV/ACT

$145,419.00 IN UNITED STATES CURRENCY,

FUNDS IN THE AMOUNT OF $33,775.42
FROM BANK OF AMERICA ACCOUNT *4352,

FUNDS IN THE AMOUNT OF $13,970.49
FROM BANK OF AMERICA ACCOUNT * 3181,
    *Defendants,*
and

MICHAEL LEE,
JENNIFER LEE,
BEST CHINESE MASSAGE,

    *Claimants.*

## VERIFIED CLAIM

$145,419.00 U.S. Currency, SZD: 102611
$ 33,775.42 U.S. Currency, SZD: 102811
$ 13,970.49 U.S. Currency, SZD: 102811

Seizure Numbers: 2012 2407 000014 01; 2012 2407 000015 01

    Claimants Michael and Jennifer Lee and Best Chinese Massage, hereby claim $34,419 of the above-described property as personal monies of Michael and Jennifer Lee. Claimant Best Chinese Massage, Michael Lee, claims an interest in approximately $12,000.00 of the above described property as business funds. Mr. and Mrs. Lee are the sole owners of the seized currency claim for $34,419. Claimant

Best Chinese Massage, Michael Lee, is the sole owner of the seized currency claim for approximately $12,000.00.

Mr. Michael Lee was the bailee of $72,000.00 of the above named seized currency for Mrs. Sujuan Z. Haig, c/o Best Chinese Massage, 1510-A Wyoming Blvd. NE, Albuquerque, New Mexico 87112.  Michael Lee is duly authorized to make this claim.

Mr. Michael Lee was the bailee of $19,000.00 of the above named seized currency for Ms. Xuerong Liu, c/o Best Chinese Massage, 3296 Coors NW, Suite L, Albuquerque, New Mexico 87120. Michael Lee is duly authorized to make this claim.

Mr. Michael Lee was the bailee of $8,000.00 of the above named seized currency for Mr. Jian Zheng, 1500S Ave K, Portales, New Mexico, 88130. Michael Lee is duly authorized to make this claim.

FURTHER AFFIANTS SAYETH NAUGHT.

**Verifications:**

I, Michael Lee, owner of Best Chinese Massage, attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Dated: 6-6-12

Michael Lee, President Best Chinese Massage

Sworn to and subscribed before me this 6th day of June, 2012.

Nohemi Mera
Notary Public

My commission expires: 2-12-2013

I, Michael Lee, attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Dated: 6-6-12

Michael Lee

Sworn to and subscribed before me this 6th day of June, 2012.

Nohemi Mera
Notary Public

My commission expires: 2-12-2013

I, Jennifer Lee, attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Dated: 6-6-12

Jennifer Lee

Sworn to and subscribed before me this 6th day of June, 2012.

Nohemi Mera
Notary Public

My commission expires: 2-12-2013

### Certificate of Service

I hereby certify that a true and correct copy of the within pleading was delivered electronically to all interested parties on this 6th day of June, 2012.

3

/s/ Jody Neal Post
_____
Jody Neal Post