IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                                      Civ. No. 12-563 SMV/ACT

$145,419.00 IN UNITED STATES CURRENCY,

FUNDS IN THE AMOUNT OF $33,775.42
FROM BANK OF AMERICA ACCOUNT *4352,

FUNDS IN THE AMOUNT OF $13,970.49
FROM BANK OF AMERICA ACCOUNT *3181,

    *Defendant*s,

and

MICHAEL LEE,
JENNIFER LEE,
BEST CHINESE MASSAGE,

    *Claimants.*

**PARTIAL DEFAULT JUDGMENT**

    This matter having come before the court on the United States' Motion for Partial Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

    1.    The statements contained in the Praecipe, Clerk's Certificate of Partial Default, and Motion for Partial Default Judgment are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Partial Default Judgment.

    **It is therefore ORDERED** that the United States' Motion for Partial Default Judgment

[Doc. 14] is **GRANTED**, and all right, title and interest of any and all unknown claimants in the Defendant Currency are forfeited to the United States and title thereto is vested in the United States.

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**
                                                         **Presiding by Consent**