**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                        No. 12-cv-0563 SMV/ACT

$145,419.00 IN UNITED STATES CURRENCY,

FUNDS IN THE AMOUNT OF $33,775.42
FROM BANK OF AMERICA ACCOUNT *4352,

FUNDS IN THE AMOUNT OF $13,970.49
FROM BANK OF AMERICA ACCOUNT *3181,

    Defendants,

and

MICHAEL LEE,
JENNIFER LEE,
BEST CHINESE MASSAGE,

    Claimants.

**CERTIFICATE OF REASONABLE CAUSE**

    THIS MATTER is before the Court the United States' Unopposed Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause [Doc. 20]. The Court, having read the motion, being advised that claimants consent to entry of a certificate of reasonable cause, and being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Unopposed Motion for Entry of 28 U.S.C. § 2465 Certificate of Reasonable Cause [Doc. 20] is **GRANTED**, and the Court enters this Certificate of Reasonable Cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**