IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  No. 12-cv-0563 SMV/ACT

$145,419.00 IN UNITED STATES CURRENCY,

FUNDS IN THE AMOUNT OF $33,775.42
FROM BANK OF AMERICA ACCOUNT *4352,

FUNDS IN THE AMOUNT OF $13,970.49
FROM BANK OF AMERICA ACCOUNT *3181,

    Defendants,

and

MICHAEL LEE,
JENNIFER LEE,
BEST CHINESE MASSAGE,

    Claimants.

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

THIS MATTER is before the Court on the Settlement Agreement and Release [Doc. 21] between the United States and Claimants Michael Lee and Jennifer Lee, individually and on behalf of Best Chinese Massage. The Court has reviewed the settlement agreement and the record and is fully advised in the premises.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

    1.    The United States will return **$116,135.94** of Defendant Currency, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is

authorized to collect from Claimants Michael Lee and Jennifer Lee, individually and on behalf of Best Chinese Massage.

    2.    All right, title, and interest in the remaining **$77,028.97** of Defendant Currency is forfeited to the United States and title thereto is vested in the United States.

    3.    Each party will bear its own costs and attorney's fees in this case.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**